## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV3890                    Assigned/Issued By: J. N.

Judge Name: DARRAH                       Designated Magistrate Judge: COLE

---

### FEE INFORMATION

Amount Due:   [✓] $350.00   [ ] $39.00    [ ] $5.00
              [ ] IFP       [ ] No Fee    [ ] Other _____
              [ ] $455.00

Number of Service Copies _____      Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____            Receipt #: 2917907_____

Date Payment Rec'd: 7-9-08_____        Fiscal Clerk: J. N._____

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
                                         _____
[ ] Wage-Deduction Garnishment Summons   _____
                                         (Victim, Against and $ Amount)
[ ] Citation to Discover Assets
                                         [ ] Other
[ ] Writ _____            _____
         (Type of Writ)                  _____
                                         (Type of issuance)

1_____ Original and 0_____ copies on  7-9-08_____ as to  DEFENDANT_____
                                         (Date)