AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

TEAMSTERS LOCAL UNION NO. 727
HEALTH AND WELFARE FUND,
TEAMSTERS LOCAL UNION NO. 727
PENSION FUND and TEAMSTERS
LOCAL UNION NO. 727 LEGAL AND
EDUCATIONAL ASSISTANCE FUND,
   Plaintiffs,
v.

SALSTAR MANAGEMENT, INC., an
Illinois Corporation,
   Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

ASSIGNED JUDGE: 08CV3890
JUDGE DARRAH

DESIGNATED MAGISTRATE JUDGE: MAG. JUDGE COLE

TO: (Name and address of Defendant)

SALSTAR MANAGEMENT, INC., an Illinois Corporation
c/o:   Salih Genc, Registered Agent
       8931 Merrill St.
       Niles, IL 60714

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT B. GREENBERG, ESQ.
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(signature)_
(By) DEPUTY CLERK

July 9, 2008
Date

ClientCaseID:  
Law Firm ID:  ASHER



CaseReturnDate:  8/9/08

Affidavit of Special Process Server

## UNITED STATES DISTRICT COURT

Case Number **08CV3890**

I, **BARNETT S. KOLTON**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN **SUMMONS AND COMPLAINT**  
ON THE WITHIN NAMED DEFENDANT **SALSTAR MANAGEMENT, INC.**  
PERSON SERVED **SALIH GENC, REGISTERED AGENT**  
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **7/21/08**

That the sex, race and approximate age of the person whom I left the **SUMMONS AND COMPLAINT** are as follow:

**Sex** MALE  **Race** ASIAN  **Age** 48  
**Height** 6'  **Build** MEDIUM  **Hair** BROWN

LOCATION OF SERVICE  **8931 MERRILL ST NILES, IL, 60714**

Date Of Service  7/21/08     Time of Service  8:50 PM

BARNETT S. KOLTON    7/22/2008  
**Special Process Server**  
P.E.R.C.#129-170762

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

Total:  $55.00